UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL GREGORIE, in his individual capacity and as Successor In Interest to Jessica Gregorie, deceased, and MARGARET GREGORIE, in her individual capacity and as Successor In Interest to Jessica Gregorie, deceased,

    Plaintiffs,

    v.

ALPINE MEADOWS SKI CORPORATION, a California Corporation and POWDER CORP., a Delaware Corporation,

    Defendants.

                         /

NO. CIV. S-08-259 LKK/DAD

O R D E R

    Pending before the court is plaintiff's request to modify the April 16, 2008 Scheduling Order, which defendants oppose. The court held a telephone conference on February 9, 2009, in which counsel for plaintiff and defendants participated. The court concludes that plaintiff has not shown that good cause to modify exists at this time and therefore his request is DENIED without prejudice. The

1

plaintiff may bring on a motion to modify the scheduling order with additional evidentiary support should he so choose.  Such motion shall be noticed in accordance with the process described in the Scheduling Order.

IT IS SO ORDERED.

DATED:  February 11, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2