IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL GREGORIE, et al.,

        Plaintiffs,                  No. CIV S-08-0259 LKK DAD

    v.

ALPINE MEADOWS SKI
CORPORATION, et al.,               ORDER

        Defendants.

_____/

        Defendants' February 5, 2009 motion to compel further discovery responses (Doc. No. 24) is set for hearing before the undersigned on February 27, 2009. In violation of Local Rule 37-251, plaintiffs have filed opposition to the motion. Pursuant to the rule, the parties' differences and the bases therefor must be set forth in a joint statement, and no separate briefing shall be filed. IT IS ORDERED that plaintiff's February 20, 2009 opposition (Doc. No. 29) and declaration (Doc. No. 30) will be disregarded.

DATED: February 23, 2009.

                                         /s/ Dale A. Drozd
                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\gregorie0259.ord.js