IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL GREGORIE, et al.,

        Plaintiffs,                  No. CIV S-08-0259 LKK DAD

    v.

ALPINE MEADOWS SKI
CORPORATION, et al.,                 ORDER

        Defendants.
_____/

        This case came before the court on February 27, 2009, for hearing of defendants' February 5, 2009 motion for an order compelling further responses to their Request for Production of Documents Set Two, their Interrogatories Set Two, and their request for production of documents including in the notice of plaintiff Daniel Gregorie's deposition. Defendants also moved for further deposition of plaintiff regarding documents produced pursuant to the deposition notice, as well as an award of sanctions. Attorneys Melvin D. Honowitz and Alisha M. Louie appeared telephonically for plaintiffs. Attorneys John E. Fagen and Jill Haley Penwarden appeared telephonically for defendants.

        The court gave careful consideration to the parties' joint statement regarding the discovery disagreement and to the arguments of counsel at the hearing. For the reasons set forth on the record, the court granted defendants' motion in part.

IT IS ORDERED that:

1. Defendants' February 5, 2009 motion to compel (Doc. No. 24) is denied with regard to further interrogatory responses and denied at this time with regard to an award of sanctions; the motion is granted with regard to further production of documents, both as to defendants' Request for Production of Documents Set Two and the request for production of documents included in defendants' notice of plaintiff Daniel Gregorie's deposition;

2. Plaintiffs shall produce all documents responsive to the specified document requests no later than close of business March 6, 2009; and

3. Plaintiffs shall state, by way of a declaration by plaintiff Daniel Gregorie or by counsel's own declaration, that all documents requested were produced or identified in a privilege log by March 6, 2009.

DATED: March 2, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\gregorie0259.oah.mtc