1  MELVIN D. HONOWITZ (State Bar No. 57341)
   _mhonowitz@sideman.com_
2  CONSTANCE J. YU (State Bar No. 182704)
   _cyu@sideman.com_
3  ALISHA M. LOUIE (State Bar No. 240863)
   _alouie@sideman.com_
4  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
5  San Francisco, California 94111-3629
   Telephone:    (415) 392-1960
6  Facsimile:    (415) 392-0827

7
   Attorneys for Plaintiffs
8  DANIEL GREGORIE and MARGARET GREGORIE

9
   John E. Fagan (SBN 107974)
10 Jill Haley Penwarden (SBN 178561)
   Michael L. Reitzell (SBN 215272)
11 **DUANE MORRIS LLP**
   11149 Brockway Road, Suite 100
12 Truckee, CA 96161-2213
   Telephone: 530.550.2050
13 Facsimile: 530.550.8619

14                                                    <u>**E-FILED**</u>
   Attorneys for Defendants
15 ALPINE MEADOWS SKI CORPORATION
   and POWDR CORP.

16

17          **IN THE UNITED STATES DISTRICT COURT**

18        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

19

20 DANIEL GREGORIE, in his individual capacity        Case No.: 2:08-CV-00259-LKK-DAD
   and as Successor In Interest to Jessica Gregorie,
21 deceased, and MARGARET GREGORIE, in her     **STIPULATION AND ORDER**
   individual capacity and as Successor In Interest to  **REGARDING EXTENSION OF**
22 Jessica Gregorie, deceased,                   **PRETRIAL AND TRIAL DEADLINES**

23                  Plaintiffs,

24          v.

25 ALPINE MEADOWS SKI CORPORATION, a
   California Corporation and POWDR CORP., a
26 Delaware Corporation,

27                  Defendants.

28

The parties to this action, subject to the court's approval, stipulate as follows:

**1.     DISCOVERY DEADLINES:**  The deadline for plaintiffs to complete discovery will remain as previously ordered: April 14, 2009.  The deadline for all parties to complete expert discovery will remain as previously ordered: April 14, 2009.  The deadline for defendants to complete non-expert discovery will be extended to June 15, 2009.

**2.     DISCOVERY MOTIONS:**  The deadline for plaintiffs to have discovery motions heard will remain as previously ordered: March 13, 2009.  The deadline for defendants to have discovery motions heard will be extended to May 22, 2009.

**3.     DISPOSITIVE MOTIONS:** The last day for hearing on dispositive motions heard is August 3, 2009.

**4.     PRETRIAL CONFERENCE:**  The Pretrial Conference shall be held on November 16, 2009 at 3:00 p.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND  ORDER REGARDING EXTENSION OF PRETRIAL AND TRIAL DEADLINES

1      **5.     TRIAL:** The Trial shall be set to begin on February 17, 2010 at 10:30 a.m.

2

3    Dated: March 27, 2009                    **DUANE MORRIS LLP**

4
                                             By:   /s/ John E. Fagan
5                                                  John E. Fagan
                                                   Jill Haley Penwarden
6                                                  Michael L. Reitzell
                                                   Attorneys for Defendants
7                                                  ALPINE MEADOWS SKI CORPORATION and
                                                   POWDR CORP.
8

9    Dated: March 27, 2009                    **SIDEMAN & BANCROFT, LLP**

10

11                                           By:   /s/ Alisha M. Louie
                                                   Melvin D. Honowitz
12                                                 Constance J. Yu
                                                   Alisha M. Louie
13                                                 Attorneys for Plaintiffs DANIEL AND MARGARET
                                                   GREGORIE
14

15   **IT IS SO ORDERED.**

16

17   Dated: March 27, 2009

18                                           LAWRENCE K. KARLTON
                                             SENIOR JUDGE
19                                           UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28