1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DANIEL GREGORIE, et al.,

11        Plaintiffs,                    No. CIV S-08-0259 LKK DAD

12        v.

13  ALPINE MEADOWS SKI
    CORPORATION, et al.,               ORDER
14
          Defendants.
15
                                      /
16

17        This case came before the court on April 3, 2009, for hearing on defendants'

18  motion to compel with respect to questions posed at plaintiff's deposition and for sanctions (Doc.

19  No. 54). Attorney Melvin D. Honowitz appeared for plaintiffs. Attorneys John E. Fagen and Jill

20  Haley Penwarden appeared for defendants. Attorney Erick Howard appeared on behalf of non-

21  party California Ski & Snowboard Safety Organization.

22        For the reasons set forth in detail on the record, the defendants' motion to compel

23  is granted in part and denied in part as stated on the record. Defendants' motion for imposition

24  of sanctions is also granted in part. In this regard, plaintiff is ordered to pay $2,500.00 in

25  /////

26  /////

                                      1

1 | sanctions to defense counsel to partially cover the costs associated with the necessity to resume

2 | the deposition.  Those sanctions shall be paid within twenty days.

3 |             IT IS ORDERED.

4 | DATED: May 13, 2009.

5 |

6 | _____
DALE A. DROZD
7 | UNITED STATES MAGISTRATE JUDGE

8 |

9 | Ddad1\orders.civil\gregorie0259.oah3.mtc.ms