John E. Fagan (SBN 107974)
Jill Haley Penwarden (SBN 178561)
Michael L. Reitzell (SBN 215272)
**DUANE MORRIS LLP**
11149 Brockway Road, Suite 100
Truckee, CA 96161-2213
Telephone: 530.550.2050
Facsimile: 530.550.8619

Attorneys for Defendants
ALPINE MEADOWS SKI CORPORATION
and POWDR CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GREGORIE, in his individual capacity and as Successor In Interest to Jessica Gregorie, deceased, and MARGARET GREGORIE, in her individual capacity and as Successor In Interest to Jessica Gregorie, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>ALPINE MEADOWS SKI CORPORATION, a California Corporation and POWDR CORP., a Delaware Corporation,<br><br>Defendants. | Case No.: 2:08-CV-00259-LKK-DAD<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:   August 3, 2009<br>Time:   10:00 a.m.<br>Courtroom: 4 |

The parties to this action, subject to the court's approval, stipulate as follows:

**1.     HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION:** The hearing on defendants Alpine Meadows Ski Corporation and Powdr Corp.'s Motion for Summary Judgment Or, in the Alternative, Summary Adjudication (the "Motion") shall be continued from June 29, 2009 at 10:00 a.m. to August 3, 2009 at 10:00 a.m.

**2.     BRIEFING SCHEDULE:** Plaintiffs shall file and electronically serve any opposition to the Motion no later than July 10, 2009.  Defendants shall file and electronically serve

PDF created with pdfFactory trial version www.pdffactory.com

any reply regarding the Motion no later than July 27, 2009. Plaintiffs agree not to object to any documents filed by defendants on or before June 9, 2009 as untimely.

Dated: June 9, 2009         **DUANE MORRIS LLP**

                            By: /s/ John E. Fagan
                            John E. Fagan
                            Jill Haley Penwarden
                            Michael L. Reitzell
                            Attorneys for Defendants
                            ALPINE MEADOWS SKI CORPORATION and
                            POWDR CORP.

Dated: June 9, 2009         **SIDEMAN & BANCROFT, LLP**

                            By: /s/ Melvin D. Honowitz
                            Melvin D. Honowitz
                            Constance J. Yu
                            Alisha M. Louie
                            Attorneys for Plaintiffs DANIEL AND MARGARET
                            GREGORIE

**IT IS SO ORDERED.**

Dated: June 11, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com