UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL GREGORIE, in his individual capacity and as Successor In Interest to Jessica Gregorie, deceased, and MARGARET GREGORIE, in her individual capacity and as Successor In Interest to Jessica Gregorie, deceased,

    Plaintiffs,

  v.

ALPINE MEADOWS SKI CORPORATION, a California Corporation and POWDER CORP., a Delaware Corporation,

    Defendants.

/

NO. CIV. S-08-259 LKK/DAD

O R D E R

Pending before the court is defendant's motion to strike plaintiff's late-filed expert report, currently set to be heard on June 29, 2009. The court does not believe oral argument will be helpful in this matter and VACATES the hearing.

    IT IS SO ORDERED.

    DATED: June 22, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1