UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL GREGORIE, in his individual capacity and as Successor In Interest to Jessica Gregorie, deceased, and MARGARET GREGORIE, in her individual capacity and as Successor In Interest to Jessica Gregorie, deceased,

   Plaintiffs,

 v.

ALPINE MEADOWS SKI CORPORATION, a California Corporation and POWDER CORP., a Delaware Corporation,

   Defendants.

_____/

NO. CIV. S-08-259 LKK/DAD

O R D E R

  Pending before the court is defendants' motion for summary judgment, set to be heard on August 3, 2009. Pursuant to the court's June 11, 2009 order, plaintiffs' opposition or statement of non-opposition was to be filed and served not later than July 10, 2009. Plaintiffs failed to meet this deadline, filing some documents in support of their opposition on July 11, 2009, filing

1

a Notice of Errata on July 14, 2009 and a second Notice of Errata on July 21, 2009. Plaintiffs have only sought leave of court for the July 11 filings. Good cause appearing for that filing, the court grants plaintiffs' request for leave to untimely file the documents filed on July 11, 2009.

Plaintiffs' two notices of errata present a different concern. First, plaintiffs have not sought leave of court for their late-filing. Second, they are not simply corrections of errata, but substantive augmentations to the facts offered in support of plaintiffs' opposition brief and additional factual citations for arguments plaintiffs have made. Moreover, the July 21 filing is particularly troubling given that it was made less than a week before defendants' reply brief was due, likely causing prejudice to defendants if they had attempted to reply to these late-filed, substantive additions to plaintiffs' opposition brief.

On the other hand, many of plaintiffs' timely filed documents were improperly or unclearly cited and appeared to have contained erroneous excerpts from depositions, as the deposition excerpts they contained were not relied on in plaintiffs' brief and those that were referred to had not been provided. Simply, without accepting plaintiffs' July 14, 2009 Notice of Errata and the exhibits contained therein as timely filed, it is almost impossible for the court to consider the arguments raised by plaintiffs in their opposition brief. Because the court has a strong preference for resolution of a summary judgment motion on its merits and because the first Notice of Errata was filed only four days late,

the court accepts this filing as well.

The same concerns are not present in plaintiffs' July 21, 2009 Notice of Errata. The additions to plaintiffs' opposition contained in that filing appear unnecessary to the resolution of the motion and, due to its extreme tardiness, represents a prejudice to the defendants. The court therefore disregards plaintiffs' July 21, 2009 Second Notice of Errata.

IT IS SO ORDERED.

DATED: July 30, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3