UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL GREGORIE, in his individual capacity and as Successor In Interest to Jessica Gregorie, deceased, and MARGARET GREGORIE, in her individual capacity and as Successor In Interest to Jessica Gregorie, deceased,

        Plaintiffs,

   v.

ALPINE MEADOWS SKI CORPORATION, a California Corporation and POWDER CORP., a Delaware Corporation,

        Defendants.

        NO. CIV. S-08-259 LKK/DAD

        O R D E R

    On August 7, 2009, this court granted summary judgment as to all of plaintiffs' claims. The court entered judgment on the same day. On August 14, 2009, defendants filed a bill of costs. On August 24, 2009, plaintiffs objected to defendants' bill of costs. On September 4, 2009, plaintiffs filed a notice of appeal of this court's order granting summary judgment. The Ninth Circuit has not

1

yet ruled on the appeal.

For the foregoing reasons, the court stays all proceedings concerning costs until the appeal is resolved.

The court further orders defendants to notify this court when the appeal is resolved.

IT IS SO ORDERED.

DATED: March 11, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2